Clerk of Court,

Nov. 3rd

I would like to request a sentence reduction under 18 USC + 3582(c)2) and USSG + 1B1.10 Please

Shane M. Brown # 02452-029

RECEIVED

NOV 09 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

5:18-cr-04015-LTS-KEM-1

Mr. Brown,

This letter was filed as correspondence in your case. It is unclear what relief you are seeking. You are free to file any type of pro se motion(s) you feel are appropriate.

Take care,

s/ jlh
Deputy Clerk

Shane M. Brown # 02452-029
Federal Correctional Institution (Low)
PO. BOX 9000
Forrest City, Arkansas
72336

XRAYED US MARSHALS SERVICE

MEMPHIS TN 380

6 NOV 2023  PM 4  L

11/6/23 mmc



Clerk of Court
320 6th Street
Sioux City, Iowa
51101

51101-126276